GREGORY A. BEELER
P.O. Box E, Tri-Cities, WA 99302-2020
Telephone: (509) 547-5000
Fax (509) 547-4321

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re: )
) CASE NO. 04-04938
Cooper, Joseph & April )
) TENDER OF DIVIDENDS
Debtor. )
)

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith the sum of $14.62, being dividends of less than Five Dollars ($5.00), which is payable to the following creditors in the amount designated opposite the name:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| Harry Ritchies Jewelers | 956 Williamette St<br>Eugene, OR 97401 | $0.95 |
| Municipal Court of Hermiston | 330 South First<br>Hermiston, OR 97838 | $3.60 |
| Municipal Court of Hermiston | 330 South First<br>Hermiston, OR 97838 | $3.99 |
| Umatilla County Circuit Court | 216 SE 4th Street<br>PO Box 1307<br>Pendleton, OR 97801 | $3.04 |

Receipt 4873183        8-24-09

The Law Offices of
Gregory A. Beeler
120 S. Fifth Street
Pasco, Washington 99301
(509) 547-5000

# 14.62

| | | |
|---|---|---|
| Nevada Power Company | PO Box 10100<br>Reno, NV 89520 | $3.04 |

    This tender is made in accordance with the requirements of BR 3010.

    DATED this 19th day of August, 2009.

                                                  GREGORY A. BEELER, Trustee

The Law Offices of
*Gregory A. Beeler*
120 S. Fifth Street
Pasco, Washington 99301
(509) 547-5000