1  GREGORY A. BEELER
2  P.O. Box E, Tri-Cities, WA 99302-2020
3  Telephone: (509) 547-5000
4  Fax (509) 547-4321

5                  UNITED STATES BANKRUPTCY COURT
6                   EASTERN DISTRICT OF WASHINGTON

7  In re:                          )
8                                  )    Case No.  04-04938
9  Cooper, Joseph & April          )
10                                 )
11                Debtors.         )
12  _____)

13                      TENDER OF UNCLAIMED FUNDS

14  TO:   The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

15       There is tendered herewith, the sum of ELEVEN DOLLARS AND 10/100 ($11.10) BEING

16  MONIES WHICH ARE UNCLAIMED in this case.  The claimants entitled to these funds are as

17  follows:

18       Claim No.          Claimant                           Amount

19       0012               Frank Bakke, MD                    $ 11.10

20
21       DATED: 12/16/9

22                                          _____
23                                          Gregory A. Beeler, Trustee

   Receipt 4873651          12-17-09              $ 11.10

                                          The Law Offices of
                                          *Gregory A. Beeler*
                                          120 S. Fifth Street
                                          Pasco, Washington 99301
                                          (509) 547-5000